United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                     Case No. 19-04995-HWV
Nicole Maureen Vance                              Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                               User: AutoDocke                               Page 1 of 2
Date Rcvd: Feb 05, 2021                        Form ID: trc                                  Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2021:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5294584 | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 05 2021 19:15:37 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2021                           Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Dorothy L Mott | on behalf of Debtor 1 Nicole Maureen Vance DorieMott@aol.com KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com |
| Kara Katherine Gendron | on behalf of Debtor 1 Nicole Maureen Vance karagendronecf@gmail.com doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com |
| Mario J. Hanyon | on behalf of Creditor Jpmorgan Chase Bank National Association wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario John Hanyon | on behalf of Creditor Jpmorgan Chase Bank National Association pamb@fedphe.com, mario.hanyon@brockandscott.com |
| Rebecca Ann Solarz | |

on behalf of Creditor JP MORGAN CHASE BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

William E. Craig

on behalf of Creditor Hyundai Lease Titling Trust ecfmail@mortoncraig.com mortoncraigecf@gmail.com

TOTAL: 8

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:19-bk-04995-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Nicole Maureen Vance
3005 Spectrum Road
Dover PA 17315

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/05/2021.

Name and Address of Alleged Transferor(s):

Claim No. 15: JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203

Name and Address of Transferee:

Carrington Mortgage Services, LLC
1600 South Douglas Road
Anaheim, CA 92806
Carrington Mortgage Services, LLC
1600 South Douglas Road
Anaheim, CA 92806

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 02/07/21

Terrence S. Miller
**CLERK OF THE COURT**