### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | **CHAPTER 13** |
| **NICOLE MAUREEN VANCE** | : | |
| Debtor | : | **CASE NO. 1:19-bk-04995** |
| **JPMORGAN CHASE BANK, NA** | : | |
| Movant | : | |
| **vs.** | : | |
| **NICOLE MAUREEN VANCE** | : | |
| Respondent | : | |
| | : | |

### ANSWER TO MOTION FOR RELIEF FROM STAY

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. The Debtor lacks knowledge or information sufficient to form a belief as to the truth of this averment, and therefore denies the same.

7. Admitted. Debtor was out of work due to a medical procedure but intends to cure the arrearages within a reasonable time with her tax refund.

8. Admitted.

9. Denied. See response to paragraph 7. Further, Movant is protected by an equity cushion of at least $30,000.00.

10. The Debtor lacks knowledge or information sufficient to form a belief as to the truth of this averment, and therefore denies the same.

11. The Debtor lacks knowledge or information sufficient to form a belief as to the truth of this averment, and therefore denies the same.

WHEREFORE, the Debtor respectfully requests that this Court deny the motion for relief filed by the Movant and grant such other relief as this Court deems just.

Respectfully submitted,


/s/ Kara K. Gendron

_____
Kara K. Gendron, Esquire
Attorney ID #87577
MOTT & GENDRON LAW
125 State Street
Harrisburg, PA 17101
http://www.mottgendronlaw.com
T: (717) 232-6650 | F: (717) 232-0477
karagendron@gmail.com