United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Nicole Maureen Vance  
    Debtor

Case No. 19-04995-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 4  
Date Rcvd: Aug 08, 2024      Form ID: 3180W      Total Noticed: 45

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicole Maureen Vance, 3005 Spectrum Road, Dover, PA 17315-4674 |
| 5273691 | + | BRYAN VANCE, 12 STONECREEK COURT, EPHRATA, PA 17522-3103 |
| 5273699 | + | DAVENSHIRE MEDICAL CENTER, 3740 CARLISLE ROAD, DOVER, PA 17315-4493 |
| 5273701 | + | FMHA, BK NOTICES, 120 E WILD RABBIT RUN, LEWES, DE 19958-1632 |
| 5273707 | | PENN STATE HEALTH HMC, ATTN: PATIENT FINANCIAL SERVICES, MC A410 PO BOX 853, HERSHEY, PA 17033 |
| 5273708 | + | ROLLINS SERVICE BUREAU, PO BOX 1415, ATLANTA, GA 30301-1415 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: BKBCNMAIL@carringtonms.com | Aug 08 2024 18:40:00 | Carrington Wilmington, 1600 S. DOUGLASS RD., Anaheim, CA 92806 |
| cr | + | EDI: PRA.COM | Aug 08 2024 22:40:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | EDI: AIS.COM | Aug 08 2024 22:40:00 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5273689 | | Email/Text: ebn@americollect.com | Aug 08 2024 18:40:00 | AMERICOLLECT INC, 1851 S ALVERNO ROAD, PO BOX 1566, MANITOWOC, WI 54221 |
| 5273690 | + | EDI: CITICORP | Aug 08 2024 22:40:00 | BBY/CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 5273692 | + | EDI: CAPITALONE.COM | Aug 08 2024 22:40:00 | CAP1/JUSTICE, PO BOX 30253, SALT LAKE CITY, UT 84130-0253 |
| 5273693 | + | EDI: CAPITALONE.COM | Aug 08 2024 22:40:00 | CAP1/WMT, PO BOX 30258, SALT LAKE CITY, UT 84130-0258 |
| 5273694 | | EDI: CAPITALONE.COM | Aug 08 2024 22:40:00 | CAPITAL ONE (BANKRUPTCY NOTIFICATION) (p, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5388929 | | Email/Text: BKBCNMAIL@carringtonms.com | Aug 08 2024 18:40:00 | Carrington Mortgage Services, LLC, 1600 South Douglas Road, Anaheim, CA 92806 |
| 5388930 | | Email/Text: BKBCNMAIL@carringtonms.com | Aug 08 2024 18:40:00 | Carrington Mortgage Services, LLC, 1600 South Douglas Road, Anaheim, CA 92806, Carrington Mortgage Services, LLC, 1600 South Douglas Road, Anaheim, CA 92806 |
| 5273695 | | EDI: WFNNB.COM | Aug 08 2024 22:40:00 | CB/VICSCRT, ATTN: BANKRUPTCY NOTICES, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 5273697 | + | EDI: CITICORP | Aug 08 2024 22:40:00 | CITI, PO BOX 6241, SIOUX FALLS, SD 57117-6241 |

| Recipient ID | Notice Method | Date/Time | Recipient |
|---|---|---|---|
| 5273698 | EDI: PENNDEPTREV | Aug 08 2024 22:40:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5273698 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 08 2024 18:40:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5286403 | EDI: CAPITALONE.COM | Aug 08 2024 22:40:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5290755 | Email/PDF: bncnotices@becket-lee.com | Aug 08 2024 18:45:41 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5293899 | EDI: CITICORP | Aug 08 2024 22:40:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5273713 | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Aug 08 2024 18:40:00 | UNEMP COMP OVERPAYMENT MATTERS, DEPT OF L&I - OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121 |
| 5369172 | + Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Aug 08 2024 18:40:00 | Hyundai Lease Titling Trust, P.O Box 20809, Fountain Valley, CA 92728-0809 |
| 5293979 | + Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Aug 08 2024 18:40:00 | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 5273702 | EDI: IRS.COM | Aug 08 2024 22:40:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5273696 | Email/Text: info@pamd13trustee.com | Aug 08 2024 18:40:00 | CHARLES J DEHART, III, ESQ., 8125 ADAMS DRIVE STE A, HUMMELSTOWN PA 17036 |
| 5293688 | EDI: JEFFERSONCAP.COM | Aug 08 2024 22:40:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 5273703 | EDI: JPMORGANCHASE | Aug 08 2024 22:40:00 | JPMCB CARD, PO BOX 15369, WILMINGTON, DE 19850 |
| 5273704 | EDI: JPMORGANCHASE | Aug 08 2024 22:40:00 | JPMORGAN CHASE BANK, NA, 3415 VISION DRIVE, COLUMBUS, OH 43219 |
| 5294584 | EDI: JPMORGANCHASE | Aug 08 2024 22:40:00 | JPMorgan Chase Bank, National Association, Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203 |
| 5281999 | + Email/Text: RASEBN@raslg.com | Aug 08 2024 18:40:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5273705 | ^ MEBN | Aug 08 2024 18:37:08 | KIA MOTORS FINANCE, 10550 TALBERT AVE, FOUNTAIN VALLEY, CA 92708-6031 |
| 5273706 | + Email/Text: PBNCNotifications@peritusservices.com | Aug 08 2024 18:40:00 | KOHLS/CAPONE, COLLECTION DEPARTMENT, PO BOX 3084, MILWAUKEE, WI 53201-3084 |
| 5288282 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 08 2024 18:45:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5288469 | EDI: PRA.COM | Aug 08 2024 22:40:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5293900 | EDI: Q3G.COM | Aug 08 2024 22:40:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5273709 | Email/Text: bankruptcy@sequium.com | Aug 08 2024 18:40:00 | SEQUIUM ASSET SOLUTIONS LLC, 1130 NORTHCHASE PKWY, MARIETTA, GA 30067 |
| 5273710 | EDI: SYNC | Aug 08 2024 22:40:00 | SYNCB/CARE, BK NOTICES, PO BOX 965061, ORLANDO, FL 32896-5061 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 5273711 | | EDI: SYNC | Aug 08 2024 22:40:00 | SYNCB/MC, BK NOTICES, PO BOX 965061, ORLANDO, FL 32896-5061 |
| 5273712 | + | EDI: SYNC | Aug 08 2024 22:40:00 | SYNCB/OLD NAVY, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 5274227 | + | EDI: AIS.COM | Aug 08 2024 22:40:00 | Synchrony Bank, c/o AIS InfoSource LP as agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5273714 | + | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Aug 08 2024 18:40:00 | UNEMPL COMP TAX MATTERS, HARRISBURG CASES L&I OFF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751 |
| 5273700 | | EDI: USBANKARS.COM | Aug 08 2024 22:40:00 | ELAN FINANCIAL SERVICES, PO BOX 108, SAINT LOUIS, MO 63166-9801 |
| 5273715 | + | Email/Text: bankruptcynotification@wellspan.org | Aug 08 2024 18:40:00 | WELLSPAN HEALTH, 1001 SOUTH GEORGE ST, YORK, PA 17403-3676 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | Hyundai Lease Titling Trust, P.O Box 20809, Fountain Valley, CA 92728-0809 |
| 5294548 | *+ | Synchrony Bank, c/o AIS InfoSource LP as agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2024              Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor JP MORGAN CHASE BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Dorothy L Mott | on behalf of Debtor 1 Nicole Maureen Vance DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Kara Katherine Gendron | on behalf of Debtor 1 Nicole Maureen Vance karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmai |

| | |
| --- | --- |
| | l.com;MottGendronLaw@jubileebk.net |
| Mario J. Hanyon | |
| | on behalf of Creditor Jpmorgan Chase Bank National Association wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario John Hanyon | |
| | on behalf of Creditor Jpmorgan Chase Bank National Association pamb@fedphe.com, mario.hanyon@brockandscott.com |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |
| William E. Craig | |
| | on behalf of Creditor Hyundai Lease Titling Trust wcraig@egalawfirm.com mortoncraigecf@gmail.com |

TOTAL: 8

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Nicole Maureen Vance<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9914<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:19-bk-04995-HWV | |

# Order of Discharge                                                     12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Nicole Maureen Vance

8/8/24

**By the court:**   /s/ Henry W. Van Eck

Henry W. Van Eck, Chief Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**